Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-0039JLR |
| Plaintiff, | ORDER GRANTING DEFENDANT'S OBJECTION TO FORWARDING PASSPORTS TO DEPARTMENT OF STATE; AND ORDERING RETURN OF PASSPORTS TO DEFENDANT or ATTORNEY. |
| v. | |
| ADEYEMI ADEBIYI, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for Return of Passports. The Court, having reviewed the motion and records and files herein, hereby

DIRECTS the Clerk of the Court to release Adeyemi Adebiyi's passports to him or allow counsel, Robert Goldsmith, to pick them up.

DATED this 26th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

Order for return of passports

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592

Presented by:
/s/ R. Goldsmith
Robert Goldsmith, WSBA #12265
Email: Bobgoldsmith52@gmail.com
Attorney for Defendant

Order for return of passports