UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADEYEMI ADEBIYI, ) <br> ) <br> ) <br> Defendant. ) <br> ) | NO. CR18-039JLR <br><br> ORDER on MOTION for PERMISSION TO TRAVEL INTERNATIONALLY |

THIS MATTER having come before the Court upon the defendant's Motion for Permission to Travel Internationally, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the Motion for Permission to Travel Internationally, is Granted.

DONE this 6th day of May, 2019.

_____
U.S. District Judge

ORDER - 1

Presented by:

s/ R. Goldsmith
Robert Goldsmith
Attorney for Defendant
WSBA # 12265
Bobgoldsmith52@hotmail.com

ORDER - 2

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592